**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LUIS AVALOS,                              ) NO. CV 10-04360 PSG (SS)
                                          )
                    Petitioner,           )
                                          )
          v.                              )          **JUDGMENT**
                                          )
L.S. McEWEN, Warden,                      )
                                          )
                    Respondent.           )
_____ )

    Pursuant to the Court's Order Accepting Findings, Conclusions and
Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed
with prejudice.

DATED: December 20, 2011

                              _____
                              PHILIP S. GUTIERREZ
                              UNITED STATES DISTRICT JUDGE